[No. 7596-6-III.  Division Three.  August 20, 1987.]

RON ANDERSON, *Appellant,* v. BILL HARRIS,
ET AL, *Respondents.*

Motion to recall mandate. *Granted* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.

[No. 17210-7-I.  Division One.  August 24, 1987.]

SEATTLE TAXI, INC., *Appellant,* v. KING COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-00626-7, Gary M. Little, J., entered September 9, 1985. *Affirmed* by unpublished opinion per Haley, J. Pro Tem., concurred in by Pekelis, J., and Andersen, J. Pro Tem. Now published at 49 Wn. App. 617.

[No. 18850-0-I.  Division One.  August 24, 1987.]

DAVID M. BENINGER, *Appellant,* v. SAFECO LIFE INSURANCE
COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-03020-8, Arthur E. Piehler, J., entered June 20, 1986. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster and Pekelis, JJ.

[No. 18955-7-I.  Division One.  August 24, 1987.]

JOE HILL, ET AL, *Respondents,* v. FIRST EQUITY HOMES,
ET AL, *Defendants,* FIDELITY AND DEPOSIT
COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-07005-4, Peter K. Steere, J., entered September 17, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, J., and Revelle, J. Pro Tem.